# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: <br><br> **BRIAN C. BOGERT, JR.,** <br><br> **Debtor** | **Chapter 13 Bankruptcy** <br><br> **Bankruptcy No. 1:20-bk-01913-HWV** |

## CERTIFICATE OF SERVICE

      I, Alyssa J. Merkey, of Hartman, Valeriano, Magovern & Lutz, P.C., certify that a true and correct copy of Debtor's Chapter 13 Plan was served upon the addresses listed below, all creditors and parties in interest by way of electronic means on July 8, 2020 and/or via first class mail July 10, 2020:

Charles J DeHart, III (Trustee) - TWecf@pamd13trustee.com

United States Trustee - ustpregion03.ha.ecf@usdoj.gov

Larry L. Miller on behalf of Creditor American Builders & Contractors Supply Co., Inc. - llmlaw@outlook.com

Brian C. Bogert, Jr.
2 Hillside Drive
Newmanstown, PA  17073

                                          **Hartman, Valeriano, Magovern & Lutz, P.C.**

                      By:    *s/Alyssa J. Merkey*
                                 1025 Berkshire Blvd., Suite 700
                                 Wyomissing, PA  19610
                                 610-779-0772

```
Label Matrix for local noticing            American Builders & Contractors Supply Co.,    U.S. Bankruptcy Court
0314-1                                     c/o LLM Law LLC                                Ronald Reagan Federal Building
Case 1:20-bk-01913-HWV                     11722 TANEYTOWN PIKE                           228 Walnut St, Rm 320
Middle District of Pennsylvania            Taneytown, MD 21787-1165                       Harrisburg, PA 17101-1737
Harrisburg
Fri Jul 10 15:43:32 EDT 2020

Advanced Construction Solutions LLC        American Builders & Contractors                American Builders & Contractors Supply Co.,
2 Hillside Drive                           Supply Co. Inc.                                c/o Larry Miller
Newmanstown, PA 17073-9264                 1 ABC Parkway                                  LLM Law LLC
                                           Beloit, WI 53511-4466                          11722 Taneytown Pike
                                                                                          Taneytown, MD 21787-1165

American Express                           American Express/Nationwide Credit             Atlantic States Insurance/
Customer Service                           PO Box 15130                                   Donegal Insurance
P.O. Box 981537                            Wilmington, DE 19850-5130                      1195 River Rd PO Box 302
El Paso, TX 79998-1537                                                                    Marietta, PA 17547-0302

Beacon Sales Acquisition                   Beacon Sales Acquisition                       CSC Credit Services
P.O. Box 418627                            POB 162                                        Box 740040
Boston MA 02241-8627                       Clifton Heights, PA 19018-0162                 Atlanta, GA 30374-0040

Chex Systems Inc.                          Edward N Flail, Jr                             Efer Contractors Inc.
ATTN: Customer Relations                   10 Harrow Circle                               167 B Blackwell Rd
7805 Hudson Rd                             Wayne, PA 19087-3852                           Pennington, NJ 08534-4204
Suite 100
Woodbury, MN 55125-1703

Equifax Information Services LLC           Experian                                       Forward Financing
P.O. Box 740256                            Business Information Services                  100 Summer St Suite 1175
Atlanta, GA 30374-0256                     475 Anton Blvd.                                Boston, MA 02110-2138
                                           Costa Mesa, CA 92626-7037

GTR Source LLC                             Green Capital Funding LLC                      Harley Davidson Financial
211 Blvd. of The Americas, Ste. 20         116 Nassau St Suite 804                        222 West Adams
Lakewood, NJ 08701-4777                    Newmanstown, PA 17073                          Suite 2000
                                                                                          Chicago, IL 60606-5307

Harley Davidson Financial                  Homestead Outdoor Products                     (p)J&L BUILDING MATERIALS INC
Dept 15129                                 905 W Main St                                  ATTN NANCY BEHRENSHAUSER
Palatine, IL 60055-0001                    New Holland, PA 17557-9224                     600 LANCASTER AVE
                                                                                          FRAZER PA 19355-1846

J&L Building Materials, Inc.               LVNV Funding                                   LVNV Funding, LLC
c/o Edward N. Flail, Jr.                   625 Pilot Road, Suite 2/3                      Resurgent Capital Services
10 Harrow Circle                           Las Vegas, NV 89119-4485                       PO Box 10587
Wayne, PA 19087-3852                                                                      Greenville, SC 29603-0587

Larry L. Miller, Esquire                   (p)M&T BANK                                    New Beginning Contracting LLC
LLM Law LLC                                LEGAL DOCUMENT PROCESSING                      739 2nd Street
11722 Taneytown Pike                       626 COMMERCE DRIVE                             Trenton, NJ 08611-3329
Taneytown, MD 21787-1165                   AMHERST NY 14228-2307
```

| | | |
|---|---|---|
| On Deck<br>1400 Broadway 25th Floor<br>New York, NY 10018-5225 | Quality Roofing Supply/<br>Beacon Roofing Supply<br>530 Morgantown Rd<br>Reading, PA 19611-2063 | Rigidply Rafters<br>701 E Linden St<br>Richland, PA 17087-9720 |
| Selective Insurance Co/<br>Windham Professionals<br>382 Main St<br>Salem, NH 03079-2412 | Shank Door Company<br>PO Box 338<br>Myerstown, PA 17067-0338 | Superior Distribution<br>c/o Burton Neil Associates<br>1060 Andrew Drive, Suite 170<br>West Chester, PA 19380-5601 |
| Swift Financial/Loan Builder<br>3505 Silverside Rd Suite 200<br>Wilmington, DE 19810-4905 | Trans Union<br>P.O. Box 1000<br>Chester, PA 19016-1000 | United Consumer Financial/<br>JP Recovery Services Inc<br>20220 Center Ridge Rd #200<br>Rocky River, OH 44116-3501 |
| United States Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101-1722 | Brian C. Bogert Jr.<br>2 Hillside Drive<br>Newmanstown, PA 17073-9264 | Charles J DeHart, III (Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036-8625 |

George Meany Lutz
Hartman, Valeriano, Magovern & Lutz, PC
1100 Berkshire Blvd.
 Suite 301
P.O. Box 5828
Wyomissing, PA 19610-5828

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| J & L Building Materials<br>600 Lancaster Avenue<br>Malvern, PA 19355 | M & T Bank<br>1100 Wehrle Drive<br>Williamsville, NY 14221 | (d)M & T Bank<br>PO Box 840<br>Buffalo, NY 14240 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)LAKEVIEW LOAN SERVICING, LLC

End of Label Matrix
Mailable recipients    42
Bypassed recipients     1
Total                  43