Certificate Number: 20102-PAM-DE-034661393

Bankruptcy Case Number: 20-01913


20102-PAM-DE-034661393

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 13, 2020</u>, at <u>5:51</u> o'clock <u>PM EDT</u>, <u>Brian Bogert</u> completed a course on personal financial management given <u>by internet</u> by <u>1stopbk.com Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>July 13, 2020</u>

By: <u>/s/Marcy Walter</u>

Name: <u>Marcy Walter</u>

Title: <u>Certified Personal Finance Counsleor</u>