```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                          Case No. 20-01913-HWV
Brian C. Bogert, Jr.                                                            Chapter 13
         Debtor                       CERTIFICATE OF NOTICE
District/off: 0314-1           User: AutoDocke                 Page 1 of 2                       Date Rcvd: Sep 04, 2020
                               Form ID: ntnoshow               Total Noticed: 42


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 06, 2020.
db             +Brian C. Bogert, Jr.,    2 Hillside Drive,    Newmanstown, PA 17073-9264
cr             +American Builders & Contractors Supply Co., Inc.,     c/o LLM Law LLC,    11722 TANEYTOWN PIKE,
                 Taneytown, MD 21787-1165
5338140        +Advanced Construction Solutions LLC,    2 Hillside Drive,    Newmanstown, PA 17073-9264
5338141        +American Builders & Contractors,    Supply Co. Inc.,    1 ABC Parkway,    Beloit, WI 53511-4466
5338767        +American Builders & Contractors Supply Co., Inc.,     c/o Larry Miller,    LLM Law LLC,
                 11722 Taneytown Pike,    Taneytown, MD 21787-1165
5338142        +American Express,   Customer Service,    P.O. Box 981537,    El Paso, TX 79998-1537
5343846         American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
5338143        +American Express/Nationwide Credit,    PO Box 15130,    Wilmington, DE 19850-5130
5338144        +Atlantic States Insurance/,    Donegal Insurance,    1195 River Rd PO Box 302,
                 Marietta, PA 17547-0302
5338145        +Beacon Sales Acquisition,    POB 162,    Clifton Heights, PA 19018-0162
5341170        +Beacon Sales Acquisition,    P.O. Box 418627,    Boston MA 02241-8627
5338137         CSC Credit Services,    Box 740040,    Atlanta, GA 30374-0040
5340858        +Edward N Flail, Jr,    10 Harrow Circle,    Wayne, PA 19087-3852
5338146        +Efer Contractors Inc.,    167 B Blackwell Rd,    Pennington, NJ 08534-4204
5338138        +Equifax Information Services LLC,    P.O. Box 740256,    Atlanta, GA 30374-0256
5338135        +Experian,   Business Information Services,    475 Anton Blvd.,    Costa Mesa, CA 92626-7037
5338149        +GTR Source LLC,    211 Blvd. of The Americas, Ste. 20,    Lakewood, NJ 08701-4777
5338148         Green Capital Funding LLC,    116 Nassau St Suite 804,    Newmanstown, PA 17073
5338151        +Harley Davidson Financial,    Dept 15129,    Palatine, IL 60055-0001
5345384        +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
5338152        +Homestead Outdoor Products,    905 W Main St,    New Holland, PA 17557-9224
5340859         J&L Building Materials, Inc.,    c/o Edward N. Flail, Jr.,    10 Harrow Circle,
                 Wayne, PA 19087-3852
5344365        +Lakeview Loan Servicing, LLC,    PO Box 840,    Buffalo, NY 14240-0840
5338154        +Larry L. Miller, Esquire,    LLM Law LLC,    11722 Taneytown Pike,    Taneytown, MD 21787-1165
5338158        +New Beginning Contracting LLC,    739 2nd Street,    Trenton, NJ 08611-3329
5338160        +Quality Roofing Supply/,    Beacon Roofing Supply,    530 Morgantown Rd,    Reading, PA 19611-2063
5338161        +Rigidply Rafters,    701 E Linden St,    Richland, PA 17087-9720
5338162        +Selective Insurance Co/,    Windham Professionals,    382 Main St,    Salem, NH 03079-2412
5338163        +Shank Door Company,    PO Box 338,    Myerstown, PA 17067-0338
5338165        +Swift Financial/Loan Builder,    3505 Silverside Rd Suite 200,    Wilmington, DE 19810-4905
5338136        +Trans Union,    P.O. Box 1000,    Chester, PA 19016-1000
5338166        +United Consumer Financial/,    JP Recovery Services Inc,    20220 Center Ridge Rd #200,
                 Rocky River, OH 44116-3501

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5338139        +E-mail/Text: bankruptcy.notifications@fisglobal.com Sep 04 2020 19:24:29     Chex Systems Inc.,
                 ATTN: Customer Relations,    7805 Hudson Rd,    Suite 100,    Woodbury, MN 55125-1703
5338147        +E-mail/Text: bankruptcyalerts@forwardfinancing.com Sep 04 2020 19:24:08     Forward Financing,
                 100 Summer St Suite 1175,    Boston, MA 02110-2138
5338150        +E-mail/Text: bankruptcy.notices@hdfsi.com Sep 04 2020 19:24:32     Harley Davidson Financial,
                 222 West Adams,    Suite 2000,    Chicago, IL 60606-5307
5338153         E-mail/Text: nancy@jlbuilding.com Sep 04 2020 19:24:07     J & L Building Materials,
                 600 Lancaster Avenue,    Malvern, PA 19355
5338155        +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 04 2020 19:34:24     LVNV Funding,
                 625 Pilot Road, Suite 2/3,    Las Vegas, NV 89119-4485
5340162         E-mail/PDF: resurgentbknotifications@resurgent.com Sep 04 2020 19:34:05     LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5338156         E-mail/Text: camanagement@mtb.com Sep 04 2020 19:24:16     M & T Bank,    1100 Wehrle Drive,
                 Williamsville, NY 14221
5338157         E-mail/Text: camanagement@mtb.com Sep 04 2020 19:24:16     M & T Bank,    PO Box 840,
                 Buffalo, NY 14240
5338159        +E-mail/Text: bankruptcy@ondeck.com Sep 04 2020 19:24:33     On Deck,    1400 Broadway 25th Floor,
                 New York, NY 10018-5225
5338164        +E-mail/Text: notices@burt-law.com Sep 04 2020 19:24:33     Superior Distribution,
                 c/o Burton Neil Associates,    1060 Andrew Drive, Suite 170,    West Chester, PA 19380-5601
                                                                                               TOTAL: 10

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2020                                      Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2020 at the address(es) listed below:

```
Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
George Meany Lutz    on behalf of Debtor 1 Brian C. Bogert, Jr. glutz@hvmllaw.com,
   amerkey@hvmllaw.com;r49419@notify.bestcase.com
James Warmbrodt    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
Keri P Ebeck    on behalf of Creditor    Harley-Davidson Credit Corp. kebeck@bernsteinlaw.com,
   jbluemle@bernsteinlaw.com
Larry L. Miller    on behalf of Creditor    American Builders & Contractors Supply Co., Inc.
   llmlaw@outlook.com
United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                              TOTAL: 6
```

| UNITED STATES BANKRUPTCY COURT |
|---|
| MIDDLE DISTRICT OF PENNSYLVANIA |

| In re: | | |
|---|---|---|
| Brian C. Bogert Jr., | Chapter | 13 |
| **Debtor 1** | Case No. | 1:20–bk–01913–HWV |

## Notice of Intention to Dismiss Bankruptcy Case

Section 343 of the Bankruptcy Code (11 U.S.C. § 343) requires debtors to appear and submit to an examination under oath at the meeting of creditors held under Section 341 of the Bankruptcy Code (11 U.S.C. § 341). The failure to appear at the Section 341 meeting of creditors is grounds for dismissal of the bankruptcy case.

The court's docket indicates that Debtor 1 failed to appear at the scheduled Section 341 meeting of creditors. **Accordingly, the Court intends to dismiss the bankruptcy case of Debtor 1.**

Any debtor opposing dismissal must file an objection with the Court on or before **September 24, 2020** explaining the failure to appear at each scheduled Section 341 meeting of creditors. Any creditor or party in interest that opposes this dismissal must file an objection with the Court on or before **September 24, 2020**.

**If no objections are filed by September 24, 2020, an Order will be entered dismissing the bankruptcy case of Debtor 1.**

| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: RyanEshelman, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: September 4, 2020 |

ntnoshow (07/18)