In re:  
Brian C. Bogert, Jr.  
    Debtor(s)

Case No. 20-01913-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: Sep 29, 2020      Form ID: ordsmiss      Total Noticed: 44

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brian C. Bogert, Jr., 2 Hillside Drive, Newmanstown, PA 17073-9264 |
| cr | + | American Builders & Contractors Supply Co., Inc., c/o LLM Law LLC, 11722 TANEYTOWN PIKE, Taneytown, MD 21787-1165 |
| 5359572 | + | ACTION ADAM SERVICES LLC, Allen R. Shollenberger, Esquire, 2755 Century Boulevard, Reading, PA 19610-3346 |
| 5359571 | | ACTION ADAM SERVICES LLC, 121 Hill Drive, Newmanstown, PA 17073 |
| 5338140 | + | Advanced Construction Solutions LLC, 2 Hillside Drive, Newmanstown, PA 17073-9264 |
| 5338141 | + | American Builders & Contractors, Supply Co. Inc., 1 ABC Parkway, Beloit, WI 53511-4466 |
| 5338767 | + | American Builders & Contractors Supply Co., Inc., c/o Larry Miller, LLM Law LLC, 11722 Taneytown Pike, Taneytown, MD 21787-1165 |
| 5338143 | + | American Express/Nationwide Credit, PO Box 15130, Wilmington, DE 19850-5130 |
| 5338144 | + | Atlantic States Insurance/, Donegal Insurance, 1195 River Rd PO Box 302, Marietta, PA 17547-0302 |
| 5338145 | + | Beacon Sales Acquisition, POB 162, Clifton Heights, PA 19018-0162 |
| 5341170 | + | Beacon Sales Acquisition, P.O. Box 418627, Boston MA 02241-8627 |
| 5338137 | | CSC Credit Services, Box 740040, Atlanta, GA 30374-0040 |
| 5340858 | + | Edward N Flail, Jr, 10 Harrow Circle, Wayne, PA 19087-3852 |
| 5338146 | + | Efer Contractors Inc., 167 B Blackwell Rd, Pennington, NJ 08534-4204 |
| 5338138 | + | Equifax Information Services LLC, P.O. Box 740256, Atlanta, GA 30374-0256 |
| 5338135 | + | Experian, Business Information Services, 475 Anton Blvd., Costa Mesa, CA 92626-7037 |
| 5338149 | + | GTR Source LLC, 211 Blvd. of The Americas, Ste. 20, Lakewood, NJ 08701-4777 |
| 5338148 | | Green Capital Funding LLC, 116 Nassau St Suite 804, Newmanstown, PA 17073 |
| 5338151 | + | Harley Davidson Financial, Dept 15129, Palatine, IL 60055-0001 |
| 5345384 | + | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 5338152 | + | Homestead Outdoor Products, 905 W Main St, New Holland, PA 17557-9224 |
| 5340859 | | J&L Building Materials, Inc., c/o Edward N. Flail, Jr., 10 Harrow Circle, Wayne, PA 19087-3852 |
| 5344365 | + | Lakeview Loan Servicing, LLC, PO Box 840, Buffalo, NY 14240-0840 |
| 5338154 | + | Larry L. Miller, Esquire, LLM Law LLC, 11722 Taneytown Pike, Taneytown, MD 21787-1165 |
| 5338158 | + | New Beginning Contracting LLC, 739 2nd Street, Trenton, NJ 08611-3329 |
| 5338160 | + | Quality Roofing Supply/, Beacon Roofing Supply, 530 Morgantown Rd, Reading, PA 19611-2063 |
| 5338161 | + | Rigidply Rafters, 701 E Linden St, Richland, PA 17087-9720 |
| 5338162 | + | Selective Insurance Co/, Windham Professionals, 382 Main St, Salem, NH 03079-2412 |
| 5338163 | + | Shank Door Company, PO Box 338, Myerstown, PA 17067-0338 |
| 5338165 | + | Swift Financial/Loan Builder, 3505 Silverside Rd Suite 200, Wilmington, DE 19810-4905 |
| 5338136 | + | Trans Union, P.O. Box 1000, Chester, PA 19016-1000 |
| 5338166 | + | United Consumer Financial/, JP Recovery Services Inc, 20220 Center Ridge Rd #200, Rocky River, OH 44116-3501 |

TOTAL: 32

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5338142 | + | EDI: AMEREXPR.COM | Sep 29 2020 23:08:00 | American Express, Customer Service, P.O. Box 981537, El Paso, TX 79998-1537 |
| 5343846 | | EDI: BECKLEE.COM | Sep 29 2020 23:08:00 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5338139 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Sep 29 2020 19:20:00 | Chex Systems Inc., ATTN: Customer Relations, 7805 Hudson Rd, Suite 100, Woodbury, MN 55125-1703 |
| 5338147 | + | Email/Text: bankruptcyalerts@forwardfinancing.com | | |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Sep 29 2020 19:19:00 | Forward Financing, 100 Summer St Suite 1175, Boston, MA 02110-2138 |
| 5338150 | + | Email/Text: bankruptcy.notices@hdfsi.com | Sep 29 2020 19:20:00 | Harley Davidson Financial, 222 West Adams, Suite 2000, Chicago, IL 60606-5307 |
| 5338153 | | Email/Text: nancy@jlbuilding.com | Sep 29 2020 19:19:00 | J & L Building Materials, 600 Lancaster Avenue, Malvern, PA 19355 |
| 5338155 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 29 2020 19:34:56 | LVNV Funding, 625 Pilot Road, Suite 2/3, Las Vegas, NV 89119-4485 |
| 5340162 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 29 2020 19:35:20 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5338156 | | Email/Text: camanagement@mtb.com | Sep 29 2020 19:19:00 | M & T Bank, 1100 Wehrle Drive, Williamsville, NY 14221 |
| 5338157 | | Email/Text: camanagement@mtb.com | Sep 29 2020 19:19:00 | M & T Bank, PO Box 840, Buffalo, NY 14240 |
| 5338159 | + | Email/Text: bankruptcy@ondeck.com | Sep 29 2020 19:20:00 | On Deck, 1400 Broadway 25th Floor, New York, NY 10018-5225 |
| 5338164 | + | Email/Text: notices@burt-law.com | Sep 29 2020 19:20:00 | Superior Distribution, c/o Burton Neil Associates, 1060 Andrew Drive, Suite 170, West Chester, PA 19380-5601 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 01, 2020     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| George Meany Lutz | on behalf of Debtor 1 Brian C. Bogert Jr. glutz@hvmllaw.com, amerkey@hvmllaw.com;r49419@notify.bestcase.com |
| James Warmbrodt | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com |
| Keri P Ebeck | on behalf of Creditor Harley-Davidson Credit Corp. kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Larry L. Miller | on behalf of Creditor American Builders & Contractors Supply Co. Inc. llmlaw@outlook.com |

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Brian C. Bogert Jr., **Debtor 1** | Chapter 13 |
| | Case No. 1:20−bk−01913−HWV |

## Order

After notice and opportunity for a hearing thereon, it appearing that Debtor 1 failed to attend the scheduled meetings of creditors pursuant to 11 U.S.C. § 341(a), it is

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: September 29, 2020

By the Court,

*/s/ Henry W. Van Eck*

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: RyanEshelman, Deputy Clerk

ordsmiss (05/18)